# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 915 Lafayette Boulevard, Bridgeport, CT before the **Honorable KARI A. DOOLEY, United States District Judge, on December 22, 2025, at 1:00 pm.**

AUSA DAVID T. HUANG

**Waiver of Indictment and Plea**

UNITED STATES                     Case No. 3:25CR  222    (KAD)

v.

**John Doe**                     COUNT ONE
18 U.S.C. § 371
Conspiracy to Sell and Receive Stolen Goods

PENALTIES
Imprisonment: 5 years maximum
Fine: $4,942,914
Supervised Release: 3 years maximum
Special Assessment: $100

To: Honorable Kari A. Dooley

cc:   U. S. Attorney's Office – Bridgeport
      U. S. Marshal's Office – Bridgeport - *via email*
      U. S. Clerk's Office – Kristen Gould, Courtroom Deputy - *via email*
      U. S. Probation Office – Bridgeport - *via email*
      Albert Dayan, Esq. (Counsel for Defendant) - *via email*