**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: January 27, 2026
Case #: 3:25-cr-00222-KAD    Dft #: ___

**UNITED STATES OF AMERICA**
Vs.
Salim Sakal

Honorable Judge: Kari A. Dooley
Deputy Clerk: Kristen Gould
AUSA: David Tien-Wei Huang
Counsel for Defendant: Albert Y. Dayan
☒ Retained   ☐ CJA   ☐ FPD

Start Time: 2:46 PM    End Time: 4:11 PM
Recess (if more than ½ hr) _____ to _____
Total Time: 1 hours 25 minutes

USPO: Braxton Darden
Reporter/ECRO/FTR: Tracy Gow
Interpreter: Rodina Mikhail    Language: Arabic
Hearing held ☒ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| ☒ Initial Appearance 2 | ☐ Initial Appear. Rule 5 ___ | ☒ Detention 5 | ☐ Arraignment ___ |
|---|---|---|---|
| ☒ Motion 3 | ☐ Bond ___ | ☒ Waiver/Plea 75 | ☐ Probable Cause ___ |
| ☐ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☐ Status Conference ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

☐ Arrest or ☐ Self surrender  Date _____
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☒ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☒ Waiver of Indictment (case opening) |
|---|---|---|
| ☒ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ☐ NOT guilty  ☒ guilty  ☐ nolo contendere;  As to counts 1 of the Information
Plea agreement letter ☒ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☒ Sentencing set for 04/21/26 at 10:30 AM
☒ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

Page **1** of 2

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied      ☐Advisement
_____ hearing set for _____ ;  continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied   ☐Advisement
☐ Order of detention filed
☒ Bond set at $ _1,000,000_   ☐ reduced to $_____ ;   ☒Non-surety   ☐Surety    ☐Personal recognizance
☐ Bond  ☐revoked   ☐reinstated    ☐continued    ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☒ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☒ Motion for _Continued release on bond_ filed by☐ USA ☒defendant, ☒granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
_____
_____
_____
_____

Rev. 9/5/24                                                                                                         Page **2** of **2**