UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:25CR222 (KAD) |
| v. | : | |
| | : | |
| SALIM SAKAL | : | February 2, 2026 |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure and the plea agreement between the United States of America and the Defendant, Salim Sakal, the United States of America requests that this Court enter the attached Preliminary Order of Forfeiture, which orders the forfeiture to the United States the following: (1) $52,875.00 in United States currency; and (2) suspected stolen jewelry, watches and coins (as reflect in the search warrant return), all seized from Ramoun Jewelry on or about July 31, 2025, and which orders the Attorney General of the United States or their Authorized Designee to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

  /s/ David T. Huang
DAVID HUANG
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct30434
157 CHURCH STREET, FLOOR 25
NEW HAVEN, CT 06510