# DAYAN LAW LLP.     80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

**Attorneys at Law**                    **Tel: (718) 268-9400:     Fax: (718) 268-9404**

By ECF

March 24, 2026

The Honorable Kari A. Dooley
United States District Judge
District of Connecticut
Brien McMahan Federal Building
915 Lafayette Boulevard
Bridgeport Connecticut 06604

RE:     Salim Sakal
            Case No. 3:25-cr-00222-KAD

Dear Judge Dooley:

I, Albert Y. Dayan, am Counsel for the Defendant, Salim Sakal in the referenced case and respectfully submits this letter to Your Honor.

Your Honor, the Defendant Salim Sakal is scheduled to be sentenced in Court on Tuesday, April 28, 2026.  On consent of the Government, I am kindly asking the Court for an adjournment of this sentencing date from April 28, to any day and time after May 15, 2026. Also, due to my engagement in court, I am also asking Your Honor for an extension of time to submit my objections to the Pre-Sentence Investigation Report which is due today, March 24, 2026.

Thank you Your Honor for understanding.

Respectfully submitted,

Sgd:     *Albert Y. Dayan*

Albert Y. Dayan, Esq.
80-02 Kew Gardens Rd. Suite 902
Kew Gardens, NY 11415
albert@dayanlawfirm.co
718-268-9400 (o)
646-662-4477 (c)

cc.     AUSA David Huang