UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO.: 3:25CR222 (KAD) |
| v. | : | |
| | : | |
| SALIM SAKAL | : | April 23, 2026 |

### MOTION FOR EXTENSION OF TIME

I, Albert Y. Dayan, am Counsel for the Defendant, Salim Sakal in the referenced case and respectfully submits this Motion to Your Honor.  On consent of the Government, I am kindly asking the Court for an extension of time until May 15, to submit my objections to some portions of the Defendant's Draft Pre-Sentence Investigation Report, also for Your Honor to please adjourn Defendant's sentencing date from May 19, to May 27, 2026.

I am engaged in a civil trial in Nassau County Supreme Court before The Honorable Paul J. Kenny on matter of  A. & A. Vaynman v. 3 Kings Point Reality LLC et al., Index No.: 610634/2021, that started on April 13, which is a very complex construction defects case, with three expert witnesses.  This trial may last until sometime next week. I will be out of office overseas from May 5 to May 12, 2026.

Thank you Your Honor.

Respectfully submitted,

/s/ *Albert Y. Dayan*

Albert Y. Dayan, Esq.
Attorney at Law
80-02 Kew Gardens Rd. Suite 902
Kew Gardens, NY 11415
albert@dayanlawfirm.co
718-268-9400 (o)
646-662-4477 (c)

cc.    AUSA David Huang