UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
————————————————————X

UNITED STATES OF AMERICA,            :

                                     :              NOTICE OF APPEARANCE
     -against-                                          AS COUNSEL
                                     :

SALIM SAKAL,                         :              Case  No.: 3:25CR222 (KAD)

                                     :
                    Defendant,
————————————————————X


SIRS:

        PLEASE TAKE NOTICE, that ATTORNEY ALBERT Y. DAYAN hereby gives

notice of his appearance as Counsel for Defendant, Salim Sakal, and requests that a copy

of all papers in this proceeding be served upon the undersigned at the office and post

office address stated below.


Dated: Kew Gardens, New York
        May 22, 2026


                                            Respectfully submitted,


                            Sgd:   *Albert Y. Dayan*

                                   Albert Y. Dayan, Esq.
                                   Dayan Law LLP.
                                   80-02 Kew Gardens Rd. Suite 902
                                   Kew Gardens, NY 11415
                                   albert@dayanlawfirm.co
                                   718-268-9400 (o)
                                   646-662-4477 (c)