UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:25CR222 (KAD) |
| | : | |
| v. | : | |
| | : | |
| SALIM SAKAL | : | June 15, 2026 |

## MOTION TO SEAL EXHIBITS

The United States of America hereby moves to seal Exhibits 1-3 of its sentencing memorandum until further order of the Court. In support of this motion, the government states that Exhibit 1 is the defendant's completed financial statement of debtor submitted to the U.S. Attorney's Office and Exhibits 2 and 3 are police reports of crimes committed against Ramoun Jewelry and the defendant. These exhibits contain the identifying information of the defendant and others, including the defendant's financial information. In order to protect this sensitive information from public dissemination, the requested sealing is appropriate.

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the government states that the sealing of these sentencing exhibits is necessary because the presumption of access to these documents is outweighed by countervailing factors in favor of sealing. Even if a higher standard applied here, the requested sealing of these documents is essential to preserve compelling interests and narrowly tailored to serve those interests.

1

WHEREFORE, the government moves to seal Exhibits 1-3 of its sentencing memorandum until further order of the Court.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

_/s/ David T. Huang_
DAVID T. HUANG
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
Federal Bar No. ct30434
Tel.: (203) 821-3700