UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 3:25CR222 (KAD) |
| v. | : | |
| | : | |
| SALIM SAKAL | : | June 16, 2026 |

## MOTION FOR FINAL ORDER OF FORFEITURE

On February 4, 2026, this Court entered a Preliminary Order of Forfeiture in this case authorizing the Attorney General of the United States or their authorized designee to seize certain property subject to forfeiture and ordering further proceedings pursuant to 21 U.S.C. § 853(n) concerning third party interests.  The United States represents that the pursuant to 21 U.S.C. § 853(n)(1), publication was completed on the Government's forfeiture website on the Internet, http://www.forfeiture.gov, as detailed in the attached Notice of Forfeiture and Advertisement Certification Report.

This Court further ordered that, upon adjudication of all third-party interests pursuant to 21 U.S.C. § 853(n), this Court would enter a Final Order of Forfeiture.  The United States represents that no such third-party claims were filed and/or any third-party claims have been withdrawn.  Accordingly, pursuant to 21 U.S.C. § 853, the United States moves for entry of a Final Order of Forfeiture as to the above-named Defendant and third-party claimants' right, title and interest to the assets more fully described in the attached Proposed Final Order of Forfeiture.

1

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY


_/s/ David T. Huang_
DAVID HUANG
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct30434
157 CHURCH STREET, FLOOR 25
NEW HAVEN, CT 06510