

**BEIT YEHUDA**
— CONGREGATION —

June 15, 2026

בית הכנסת
יהי ה' בן בתרא
2296 Coney Island Ave.
Brooklyn, NY 11223

The Honorable Kari A. Dooley
United States District Judge
United States District Court for the District of Connecticut

Re: Letter of Support for Mr. Salim Sakal

Dear Judge Dooley:

We, the undersigned Board and Committee Members of Beit Yehuda Congregation, respectfully submit this letter in support of Mr. Salim Sakal.

Many of us have known Salim for years and have had the privilege of witnessing firsthand his dedication to faith, family, and community. Throughout the years, he has consistently demonstrated kindness, humility, generosity, and an unwavering commitment to helping others. He is highly respected within our congregation and has earned the trust and admiration of countless members of our community.

Salim has been a dedicated member of Beit Yehuda Congregation for over fifteen years. During that time, he has generously devoted countless hours teaching children how to read from the Torah, helping prepare many young members of our congregation for important milestones in their Jewish education and religious life. Through his patience, mentorship, and devotion, he has positively influenced generations of children and families within our community.

In addition to teaching, Salim has frequently served as hazzan, leading prayers and assisting in religious services. While these roles are often compensated in many congregations, Salim has regularly volunteered his time and efforts without seeking payment or recognition. He has served solely out of dedication to his faith and commitment to our congregation.

Over the years, Salim has consistently been among the first to volunteer whenever assistance was needed. Whether helping families facing difficult circumstances, supporting



individuals experiencing hardship, visiting those who were ill, or providing guidance and encouragement to members of the community, he has repeatedly placed the needs of others before his own.

Salim is also a devoted husband, father, and family man. Together with his wife, he has raised respectful and responsible children who reflect the values he has worked so hard to instill. His dedication to his family and the example he has set through his actions have earned him the respect of those who know him.

As a member of our congregation, Salim regularly participates in religious services and community events. He treats every person with dignity and respect and possesses a remarkable ability to connect with individuals from all backgrounds.

The impact Salim has had on our congregation extends far beyond the walls of our synagogue. Many of the children he has taught continue to remain active participants in synagogue life, carrying forward the lessons, values, and traditions he helped instill.

We fully recognize and respect the seriousness of the matter before the Court and do not seek to minimize it in any way. Rather, we write to provide the Court with our collective perspective regarding Salim's character, his longstanding service to our congregation, and the positive impact he has had on so many individuals throughout his life.

We respectfully ask the Court to consider his many years of dedicated service, his devotion to faith and family, the countless individuals he has helped, and the positive contributions he has made to our congregation and community when determining an appropriate sentence. We respectfully ask that mercy and compassion be considered in light of these factors.

Thank you for your time and consideration.

Respectfully submitted,

Board and Committee Members
Beit Yehuda Congregation

Albert Akiba – 347-486-8643





**BEIT YEHUDA**
— CONGREGATION —

Albert Beyda – 631-493-0914
Edmond Akiba – 917-873-4417
Mike Akiva – 917-807-3398
Avi Akiva – 718-795-6396
Moshe Akiva – 718-795-6394
Baruch Barakat – 718-690-4955
Abie Akiba – 917-373-7677
Gaby Barakat – 917-567-6196
Murad Lalo – 917-407-2288
Rafi Akiba – 347-499-1538
Joseph Akiva – 646-255-3666



| name | Adress | phone # |
|---|---|---|
| JACK Hamaou | 2301 OCEAN Pkwy | 347-701-5 |
| Eli Sakal | 1115 AVE T BROOKLY N.Y | 347 513-597 |
| zier Lati | 32144 WEST ST BK NY | 718-530-85 |
| min Sukkal | 818 Ave T BK NY | 3473376766 |
| RAFI SAKKAL | 818 AVE T | 3473376767 |
| Salm Bashabji | 2269 Coney Island Ave | 718-928-4434 |
| CHAIA OURFAli | 2232 E 12 | 718 314 47 |
| Youisef Louz | 2304 EST 21 ST | 917-703 21 |
| Albert Mohadd | 1863 E. 12 st. | 646-372-8161 |
| shamaa Anbeh | 2327 east 21st BKLYN NY 1122 | 917-622-8662 |
| +your CHAlouH | 2318 EAST 3rd ST Brooklyn NY 11223 | 917 533 6097 |
| abi. MARAPCHLI | 2257 Coney Island Ave Brooklyn NY | 718- 666-1965 |
| Gaby Anbeh | 2327 East 21ST | 929-293-871 |
| Massa Natnen | 928 Home craft CT | 9173377920 |
| Moshe Louz | 2306 EAST 21st st | 347-944-4706 |
| Mark 1910 | 1912 Homecrost ave | 646-895-53 |
| MARK SHASHO | 2041 E 13th ST | 347-576-09 |
| Shalan | 1316 ave o | 929-551-8108 |
| Suny Zafrani | 2492 Ocean Ave | 206-538-158 |
| ona Bassan | 1986 E 9th St | 054-684-2670 |
| Esuac Gudi | 2126 E 7th st | 917 946 7716 |
| FRIDAY CHAZANOFF | 4440 Bedford Ave | 917 589 0888 |