Honorable Judge X
United States District Court Judge of X
Address

Dear Judge,

My name is Ebrahim Barakat. I am a businessman and one of the founders of Congregation Rabbi Yehouda Ben Betera. I am writing this letter in support of Salim Sakal, whom I have known for most of my life. Our families' relationship goes back many decades to Syria, where our parents worked together and maintained a close friendship before both of our families immigrated to the United States seeking religious freedom. Throughout the many years I have known him, I have come to know Salim as a man of integrity, kindness, humility, and unwavering dedication to his family and community.

Salim Sakal is a beloved husband, father, and respected member of Congregation Rabbi Yehouda Ben Betera. He is one of the most dependable and selfless individuals I have ever known. His commitment to our congregation extends far beyond simply attending services. He volunteers countless hours teaching children how to read from the Torah, helping to pass our traditions and values on to the next generation. He also regularly serves as the hazzan, leading prayers during services. While this is often a paid position, Salim performs this important role entirely as a volunteer, asking for nothing in return. He does so solely out of devotion to our faith and our community.

Over the years, I have personally witnessed his willingness to help others whenever there is a need. Whether assisting families during difficult times, volunteering his time at community events, or quietly helping individuals who require support, Salim consistently puts others before himself. He is not someone who seeks recognition for his good deeds. Rather, he performs them because he genuinely cares about the well-being of those around him.

Salim is also an exceptional family man. He and his wife have raised respectful and responsible children who are active members of our community and congregation. The values he has instilled in his family—respect, kindness, faith, and service to others—are evident in the lives they lead today. His devotion to his family has always been one of the qualities I admire most about him.

As an active member of Congregation Rabbi Yehouda Ben Betera, Salim attends daily prayer services and is deeply involved in community life. He is widely respected and loved by those who know him. He has a gentle temperament, treats everyone with dignity and respect, and has an extraordinary ability to get along with people from all backgrounds. I cannot recall a time when I have seen him act with anything other than kindness and patience.

For decades, Salim has been a pillar of our congregation. He is always among the first to volunteer when help is needed and among the last to seek recognition for his efforts. Many of the children he has taught to read from the Torah have gone on to become active members of our synagogue, carrying forward the lessons and values he helped instill in them. His positive influence extends well beyond the walls of the synagogue and into the broader community.

His absence would be deeply felt by Congregation Rabbi Yehouda Ben Betera and by the many individuals whose lives he has touched through his volunteer work, mentorship, and friendship. People rely on him not

only for his service, but also for his example. He has spent many years strengthening our community through his actions, generosity, and dedication to helping others.

I respectfully ask the Court to consider the many positive contributions Salim Sakal has made throughout his life, the countless people he has helped, and the profound impact he continues to have on his family and community. He is a good and honorable man whose character is reflected in a lifetime of service to others. I ask for compassion and mercy in considering his circumstances.

Respectfully yours,

Ebrahim Barakat
Founder, Congregation Rabbi Yehouda Ben Betera
917-558-3740