Ms. Leah Louz
M.S. Special Education | Reading Specialist & Teacher
June 2026

To Whom It May Concern,

My name is Leah Louz, and I am a teacher, reading specialist, and I hold a Master's degree in Special Education. I am writing this letter on behalf of Mr. Salim Sakal based on my interactions with him and my observations of him within a family and community setting.

In all my experiences, Mr. Sakal has consistently presented himself as respectful, kind, and responsible. He speaks and interacts with others in a calm, polite, and considerate manner, always showing awareness and respect for those around him.

What stands out most to me is his interaction with children. He is patient, warm, and naturally engaging, and he makes children feel comfortable and at ease in his presence. I have observed him playing with children in a gentle, appropriate, and caring way, always showing attentiveness and kindness.

He is also a very devoted father. He is actively involved in his children's lives, spending quality time with them, playing with them, and being consistently present. His approach reflects strong family values, patience, and a deep sense of responsibility.

I have also seen small but meaningful gestures of kindness, such as offering snacks to a baby in a thoughtful and considerate manner. These actions reflect his overall character—generous, attentive, and mindful of others' needs.

From my professional background in education and special education, I have learned that the way a person treats children says a great deal about their character. Mr. Sakal consistently demonstrates patience, respect, and genuine care in his interactions with children, which reflects positively on his overall nature as a person.

I am pleased to provide this letter based on my honest observations of his character.


Sincerely,

Ms. Leah Louz
M.S. Special Education
Reading Specialist & Teacher
646-750-0223