Dear judge

My father has always been the light of our family. He's sacrificed everything for us and made sure we were all happy even at his expense. My mom is a stay at home mom. She cooks dinner, does our laundry make sure the house is clean, she doesn't work  Our only income is from my dad. If my dad isn't here we won't have anything at all and we will suffer.  Last year, my father left the country for ten days and nothing was the same without him. The light in my house were off by 7 pm and everyone went to bed, it was dark and lonely without my father. But my special needs brother suffered the most he didn't sleep for nights and would cry because he can't sleep without my dad. He came back and everything

He came back and everything was the same again. We had a show on the tv and we were eating dinner and talking until 11 pm until we're too tired to say another word. Every day after school I get a call from him asking how my day was and whether it was good, exciting or horrible I was able to tell him all about it and he would listen. Me and my dad were always known to be each others favorites and best friend. We have the same birthday and we spent it together every year. For the last few months I have tried to imagine life without my dad and it has taken a great emotional toll on me. The thought of not being able to talk and see my dad every day has hurt me in ways that I hope and pray I won't have to experience.  Your honor, I am

day was and whether it was good, exciting or horrible I was able to tell him all about it and he would listen. Me and my dad were always known to be each others favorites and best friend. We have the same birthday and we spent it together every year. For the last few months I have tried to imagine life without my dad and it has taken a great emotional toll on me. The thought of not being able to talk and see my dad every day has hurt me in ways that I hope and pray I won't have to experience.  Your honor, I am begging you to have mercy and kindness on my father. If not for him then for me so my imagination won't have to be reality. thank you

Truly yours, oshrit sakal
**929-370-4714**

1:55 PM