To the honorable judge,

I'm writing this on behalf of my friend Salim Sakkal, Ive known him and his family for many years and I can confidently say that he's kind, respectful, generous and overall someone who's always willing to help out.

Throughout the time that I've known him he's displayed a consistent positive impact on the community. He displays generosity, kindness and respect.

I respectfully ask the court to consider Salim Sakkal character and positive impact he has on others.

Thank you for your time and consideration

Gaby Anbeh,
2326 East 21st street, BK, NY.
(929) 293 8714
June 16 2026.