To the Honorable Judge,

My name is Yafit Sakal, and I am 20 years old. I am writing this letter with all my heart about my father, Salim Sakal. I respectfully ask that you please take a moment to understand the kind of person he is and how much he means to our family and everyone around him.

My father is the center of our family. He is the person we all look to for guidance, support, love, and strength. He has always been there for us through every challenge and every milestone. He is the first person to help when someone is struggling and the first person to celebrate when something good happens. His love for his family is unconditional, and he has always made us feel safe, protected, and cared for.

I am preparing to start a new chapter in my life as I begin my journey into marriage and adulthood. As I look ahead to this new stage of my life, I realize more than ever how much my father has shaped the person I am today. The values he taught me—kindness, respect, hard work, loyalty, and the importance of family—are the same values I will carry with me as I build a family of my own. He has been one of my greatest role models, and his guidance has had a lasting impact on my life.

As I prepare for this new chapter in my life, there is one thing that means more to me than words can express. For years, my father and I have talked about the day he would walk me down the aisle. It is a moment we have both looked forward to for so long. Ever since I was a little girl, I imagined having my father by my side on one of the most important days of my life. As I get ready to begin my own family, I need my father there with me, just as we always dreamed and talked about over the years. The thought of sharing that special moment with him means the world to me and is something I will cherish for the rest of my life.

My father is not only important to me. He is needed by our entire family. My brother has special needs and depends on my father for almost everything. The bond they share is incredibly strong and unique. My brother does everything with my father and relies on him for nearly every part of his daily routine. He only feels comfortable eating with my father, drinking with my father, showering with my father's assistance, and spending his time with him. My father is the person he trusts most in the world and the person who makes him feel safe and secure.

As much as the rest of our family loves him and tries to help, my brother does not have the same connection with any of us. He looks specifically to my father for comfort, stability, and support. He chooses to spend his time with my father and depends on him for consistency in his daily life. My father understands his needs, routines, and behaviors in a way that no one else can. Their bond has been built through years of patience, love, care, and dedication.

For my brother, my father is much more than a parent. He is his caregiver, his comfort, his routine, and the person who helps him through every day. My brother's emotional well-being and daily functioning are deeply connected to my father. It is impossible to put into words how much he relies on him and how important my father is to his life.

My mother is also dealing with health challenges and depends on my father's support every day. He helps care for her, supports her through difficult times, and is always there whenever she needs him. He provides strength and comfort not only for her but for all of us. His support helps our family get through challenges that would otherwise feel overwhelming.

I also have other siblings who love and depend on him deeply. To each of us, he is more than just a father. He is our protector, our teacher, our supporter, and the person we turn to when we need guidance. He has always put his family first and has dedicated his life to making sure we are cared for and supported.

Beyond our immediate family, my father is loved and respected by relatives, friends, and members of our community. He is the person people call when they need help. He is always willing to give his time, advice, and support to others. Whether someone needs encouragement, assistance, or simply someone to listen, my father is always there. He has touched the lives of so many people through his kindness and generosity.

Everyone who knows my father knows how deeply he cares for others. He has spent his life helping family members, supporting friends, and being a source of strength for the people around him. He has a way of making people feel safe, cared for, and important. His presence brings comfort to so many lives.

Our family is very close, and my father is the foundation that holds us together. He is the person who brings everyone together during holidays, family gatherings, celebrations, and difficult times. His love and dedication are at the heart of our family, and his role in our lives cannot be replaced.

When I think about my father, I think about his sacrifices, his generosity, and the countless ways he has shown his love for our family. I think about the example he has set for all of his children and the lessons he has taught us through his actions every day. He has taught us to care for others, to stay strong during difficult times, and to always put family first.

I respectfully ask that you consider the tremendous impact my father has on the lives of those around him. He is deeply loved by his wife, children, relatives, friends, and community. So many people depend on him, look up to him, and need him. The care, support, and love he provides affect countless lives every day.

Thank you for taking the time to read my letter and for considering my father's character and the important role he plays in the lives of so many people. My family and I are truly grateful for your time, understanding, and consideration.

Respectfully,

Yafit Sakal