Dear Judge,

My name is Subhi Hamra. I have served as a cantor for the past thirty-three years and currently serve at the Sephardic Lebanese Congregation. I also sing at Jewish wedding ceremonies and special events. I am married and blessed with seven wonderful children who are in school, college, or working.

Salim Sakal has been a dear friend of mine more than thirty years. We go way back. Throughout our friendship, he has been a source of inspiration, support, and strength. He has always been there for me and for many others in our community. He always treated everyone with respect and never cheated anyone and he was always very honest.

Salim is a religious and devoted Jew who is consistent in his prayers and involvement at the synagogue. I have personally seen how much time and effort he gives to helping people in need

Salim is a generous person who regularly gives charity to those in need, as well as to schools and community organizations. He is always trying to do the right thing and live a good life.

It is very difficult for me to believe that he was even arrested. I respectfully ask the Court to show mercy and compassion to Salim, his family, and the many people in the community who depend on him and benefit from his kindness every day.

Respectfully Yours,

Subhi Hamra