Whom It May Concern,

My name is Stilaa Alhalabi. I am Mr. Salim Sakal's sister-in-law, and we are also next-door neighbors. I am writing this letter to share my personal experience of his character during a very difficult time for our family.

Last summer, my mother-in-law suffered a serious fall. She was in and out of the hospital and rehabilitation facilities, undergoing multiple surgeries, including a hip replacement. It was a very stressful and emotional period for all of us.

During this entire time, Mr. Sakal showed extraordinary care and dedication. He visited her constantly—day and night—and did not miss a single day. He was always there, present and attentive, making sure she was never alone during her recovery.

He is also a very hard-working man. Even while managing everything, he would go to work, visit her afterward, and then return home late. He barely slept and had very little time for himself, yet he never complained or stepped back from his responsibilities.
He was also very attentive to her basic needs. Since she did not like the food in the rehabilitation center, he would bring her meals from home to ensure she was eating properly. He was very concerned about her nutrition and comfort and made it a priority that she was cared for in every way.

In addition, he took an active role in organizing her care. He coordinated therapy sessions, communicated with medical staff and caregivers, and made sure she always had aides available to assist her. He ensured that nothing was overlooked and that she always had support around her.

What stood out most to me was his consistency and devotion. Every single day, without exception, he showed up. His presence never wavered, and his commitment never changed. Whether for his family, friends, or community, he could always be counted on.
Beyond this, Mr. Sakal is compassionate and caring toward all of his neighbors. He is always respectful, helpful, and considerate within the community. He has shown exceptional kindness and support to our neighbor, Ms. Havazelet Bomgold, an elderly woman, treating her with patience, dignity, and genuine care. When she was alone, he welcomed her into his home for meals, provided groceries when he sensed she was in need, and always did so discreetly to preserve her dignity. He also gave her rides when necessary and even paid for car services to ensure she could get where she needed to go. His generosity is quiet and selfless, motivated only by a sincere desire to help others.

This is just one example of the many ways Mr. Salim Sakal helps those around him. He is a devoted father, a loyal family member, a dependable friend, and a compassionate member of the community. From everything I have witnessed, he is a deeply responsible, caring, and selfless individual who consistently puts the needs of others before his own. I am honored to know him and can recommend him without reservation.

Sincerely,
Stilaa Alhalabi
Sister-in-law & Next-Door Neighbor
347-369-7585