Your honor,

My name is Miri arazi sakal , salim Sakals spouse

Salim and I been married for 23 years and we have 5 kids together , RAHAMIN , YAFIT , OSHRIT , LIOR ( non verbal special need ) AND DAVID .

Salim been always a good husband and father , he will always make sure to provide us everything we need and that we are not missing anything .

I was born with heart problem and had 2 heart ablations , till this day I wake up some night with my heart beating fast gets to 200 sometimes and Salim is the only one who's there to take care of me and knows how to take care of me . I don't have anyone else other than my husband as my parents and sisters live in Israel .

We have a non verbal special need son who is very attached to his father. He mostly only eat and drink and shower with his father , he also sleeps with his father in the same bed and he wakes up few times a night to make sure that his father is sleeping near him .

Lior has very poor appetite he only drinks Pedia sure and eat banana . When liors bus para is absent lior only wants to go with his father to school . If salim will disappear from the house lior wouldn't know how to ask about him and he won't understand if I'll explain it to him .

My other 4 kids are very attached to their father too , they sit with him every night to have a conversation and ask for his advice .

As you know dear honor , me as a sick woman with special need non verbal son I don't have to option to go work since I have to be home for son when he gets drop At home with the school bus , or pick him from school when his bus para is absent .

Dear Honor , Salim really regrets what he did And he didn't mean to hurt any one .

Dear honor I'm asking you and begging you to have mercy on him for sake of his family me and my kids and specially for my special need son that won't understand where did his father go and left him all the sudden .

Salim is the only one who has income and if Salim doesn't come back home me and my kids won't have anyone to support us since I can't work because of my heart situation and my special need sons situation .

Salim is the main prayer at the synagogue , he respect everyone and everyone respects him .

Salims mom is an 81 years old woman who's disabled , she can't get off the bed , she's sick Woman and she won't be able to handle not to see her son every morning , Salim visits her every morning and he Makes sure to give her all her medications . Salims mom doesn't know

about what's going on  but she will be devastated if he doesn't  come  back home . Dear honor my kids  and I. Are begging you and  pleasing to  have mercy on   Salim as my family will break apart without him .

 Dear honor please send Salim home  to his mom  wife and kids .

Sincerely Miri arazi sakal