UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 3:25CR222 (KAD) |
| v. | : | |
| | : | |
| SALIM SAKAL | : | |

**FINAL ORDER OF FORFEITURE**

Whereas on February 4, 2026, this Court entered a Preliminary Order of Forfeiture that forfeited, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the following: (1) $52,875.00 in United States currency, is hereby condemned and forfeited to the United States of America.

And whereas, pursuant to 21 U.S.C. § 853(n), for at least 30 consecutive days, beginning on February 6, 2026, and ending on April 7, 2026, the United States published on the Government's forfeiture website on the Internet, http://www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property as the Attorney General may direct, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

And whereas no other claims or timely petitions have been filed, or, to the extent any claims have been made, they have been withdrawn from consideration.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, pursuant to 21 U.S.C. § 853(n)(7), the right, title, and interest to: (1) $52,875.00 in United States currency, is hereby condemned, forfeited, and vested in the United States of America and that no right, title, or interest to the property shall exist in any other party:

1

That pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property according to law.

SO ORDERED this 18th day of June, 2026, at Bridgeport, Connecticut.

_/s/ Kari A. Dooley
HON. KARI A. DOOLEY
UNITED STATES DISTRICT J U D G E

2