**U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**
**SENTENCING HEARING MINUTES**

Date: 6/22/2026

Case #: 3:25-cr-00222-KAD    Dft #: 1

**UNITED STATES OF AMERICA**

v.

SALIM SAKAL

Honorable Judge Kari A. Dooley

Deputy Clerk: J. Reis

AUSA: David Tien-Wei Huang

Counsel for Defendant: Albert Y. Dayan

■ Retained    ☐ CJA    ☐ FPD

Start Time: 10:22 AM    End Time: 11:47 AM

Recess (if more than ½ hr): _____ to _____

Total Time: 1 hour(s) 25 minute(s)

USPO: Rachel Carreira

Reporter/Courtsmart: Tracy Gow

Interpreter: Romany Hetta    Language: Arabic

---

■ Sentencing ■ held _____ (time)  ☐ held in abeyance  ☐ continued until _____ at _____
■ Motion Hearing held _____ (time)  ☐ defendant failed to appear  ☐ bench warrant to issue

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

■ Court departs  ☐ upward from guidelines  ■ downward from guidelines
    ☐ To time served ☐ on Count(s) _____ of the ☐ Superseding  ☐ Indictment  ☐ Information
    ■ To 24 month(s) _____ year(s) imprisonment ☐ as to a lesser included offense ■ on Count(s) 1
    of the ☐ Superseding  ☐ Indictment  ■ Information
    ☐ To _____ month(s) _____ years(s) imprisonment ☐ as to a lesser included offense ☐ on Count(s) _____
    of the ☐ Superseding  ☐ Indictment  ☐ Information
☐ Sentence on Count(s) _____ shall run ☐ concurrently ☐ consecutively to:
    ☐ sentence imposed on Count(s) _____  ☐ state sentence
☐ Defendant shall get credit for time served
■ Court recommends incarceration at FCI Otisville
■ Court recommends participation in the 500-hour drug rehabilitation treatment program (RDAP)
■ Defendant ordered to self-surrender on 10/5/2026 by 12pm (noon) to the designated facility or USMS office.
■ Bond ■ continued pending self-surrender
☐ Defendant remanded to the custody of the US Marshal
■ Upon release the dft shall be placed on supervised release for _____ month(s) 3 years(s) on Count(s) 1
☐ Upon release the dft shall be placed on supervised release for _____ month(s) ____ years(s) on Count(s) _____
☐ Defendant sentenced to probation for a term of _____ month(s) _____ years(s)
☐ Defendant shall pay a fine of $_____ on Count(s) _____ to be paid by _____ in installments of
    _____ per _____ for a total of $_____
■ Special Assessment of ☐ $25 ☐ $50 ■ $100 is imposed as to ☐ each of Count(s) 1 for a total of
    $100 to be paid immediately
■ Defendant shall pay restitution in the amount of $2,471,457.00 ☐ payable at the rate of $_____ per month
    ☐ payable to_____
■ Proposed restitution order to be filed 21 days from today
☐ Govt's motion for order of forfeiture ☐ filed ☐ granted ☐ denied ☐ to be filed
☐ Govt's ☐ oral motion to dismiss remaining count(s) ☐ filed ☐ granted ☐ denied ☐ to be filed
■ Govt's ■ oral motion for acceptance of responsibility ☐ filed ■ granted ☐ denied          Page 1 of 2

☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement
☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement

**CONDITIONS OF ■ SUPERVISED RELEASE ☐ PROBATION**

■ Mandatory conditions number(s): _1, 2, 6A&B, and 8_____
■ Standard Conditions are imposed as stated on the record and in the judgment
■ Special conditions are imposed as stated on the record and in the judgment
☐ Other: