✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      Connecticut

UNITED STATES OF AMERICA

V.

SALIM SAKAL

**EXHIBIT LIST**

Case Number: 3:25-cr-00222-KAD-1

| PRESIDING JUDGE Kari A. Dooley | | | | | GOVERNMENT'S ATTORNEY David Tien-Wei Huang | DEFENDANT'S ATTORNEY Albert Y. Dayan |
|---|---|---|---|---|---|---|
| SENTENCING DATE 6/22/2026 | | | | | COURT REPORTER Tracy Gow | COURTROOM DEPUTY J. Reis |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1 | 6/22/2026 | Y | Y | DEFENDANT'S EXHIBIT 1: Lior Sakal's Individualized Education Program (IEP) | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages