

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michael Bozek**
Division Manager, Hartford

**Michelle Rynne**
Operations Analytics Manager and
Courthouse Construction Liaison

June 22, 2026

RE: United States of America v. Salim Sakal, 3:25-cr-00222-KAD-1

Dear Attorney Dayan,

Your original marked exhibit is being returned to you in accordance with Local Rule 83.6(c). Please sign below to acknowledge receipt of defendant's exhibit 1 admitted into evidence at Mr. Sakal's sentencing hearing held on June 22, 2026.

Sincerely,
Dinah Milton Kinney, Clerk

By    /s/ Julia Reis
Deputy Clerk

ACKNOWLEDGMENT: _____
Defense Counsel

DATE: June 22, 2026

cc: David Tien-Wei Huang, Government's counsel