UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALIM SAKAL,

Defendant.

Case No. 3:25-cr-00222 (KAD)

**PROPOSED ORDER GRANTING INNER CITY PRESS**
**LEAVE TO INTERVENE FOR LIMITED PURPOSE**

Upon consideration of the Motion of Non-Party Inner City Press for Leave to Intervene for the Limited Purpose of Opposing the Government's Motion to Seal Exhibits 1-3, and the accompanying Memorandum of Law, and for good cause shown,

IT IS HEREBY ORDERED that Inner City Press's Motion for Leave to Intervene is GRANTED for the limited purpose of opposing the Government's Motion to Seal Exhibits 1-3 of its Sentencing Memorandum (ECF No. 41).

IT IS FURTHER ORDERED that the Government's Motion to Seal Exhibits 1-3 is DENIED. The Government shall file public versions of Exhibits 1-3 within 14 days of this Order, with targeted redactions limited to specific financial account numbers and identifiers in Exhibit 1, and specific

names and addresses of non-party witnesses in Exhibits 2 and 3, consistent with the requirements of Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) and Lee v. Greenwood, 145 F.4th 248, No. 23-7432-cr, 2025 WL 2101302

SO ORDERED.

Dated: _____, 2026


_____

Hon. Kari A. Dooley

United States District Judge

District of Connecticut