Matthew Lee
INNER CITY PRess
PO BOX 130222
Chinatown Station
NYCNY 10013



CERTIFIED MAIL®

9589 0710 5270 4078 5363 90



Retail

RDC 99

US District Court
FOR the District of Connechkutt
Clerk of Court (motion to
(by non-part
915 Lafayette Blvd
Bridgeport CT 06604