# Inner City Press

*Investigative Reporting from the SDNY Court, the United Nations, Federal Reserve, IMF and beyond*



In Other Media — **Fortune 2023**, **CJR**, **NY Mag**, **AJE**, **CSM** • **Contact us** • These reports are **usually** available through **Google News** and Lexis-Nexis

| | | | |
|---|---|---|---|
| **Home** | Tweet on X    Follow @innercitypress | Home | **CONTRIBUTE** |
| Tweet on X | | | |
| Follow on X | | | |

**COVERAGE**

SDNY

United Nations

Community

Reinvestment

Bank Beat

Freedom of

Information

**SUPPORT**

Patreon

Substack

Books

Contribute

**MORE**

Blogger

RSS

YouTube

@FUNCA_info

Contact Us

## In Colorado Inner City Press Intervene to Unseal RugsUSA While DDC and Connecticut Still Silent

*by Matthew Russell Lee,* **Patreon** **Book** **Substack**

FEDERAL COURT, June 29 — In the District of Colorado, Inner City Press filed a motion to intervene in Preciado v. RugsUSA, LLC, 1:25-cv-01243-CNS-KAS (D. Colo.), opposing a June 25 motion by the plaintiff to restrict nine documents — including Daubert opposition briefs and deposition excerpts from the defendant's witnesses — based solely on the defendant's confidentiality designations under a private protective order. That motion has now been docketed by Judge Charlotte N. Sweeney's court.

The motion argues that a party's designation in a discovery protective order does not automatically satisfy the legal standard for sealing judicial documents, and asks the court to direct public re-filing with narrower redactions.

By contrast in the District of Columbia and the District of Connecticut, similar requests have disappeared into the void for now — one ignored since June 4, the other docketed with proof of service but met with no response even as the underlying criminal sentencing came and went. In Jones v. United Airlines, Inc., 1:24-cv-03013-NYW-NRN (D. Colo.), Magistrate Judge N. Reid Neureiter held a hearing on Inner City Press's access request and ordered United Airlines to re-file 29 sealed exhibits by July 17, 2026 — with names of comparator employees redacted, but with race information retained and public. The underlying case is a race discrimination suit brought by Antonio Jones, and Judge Neureiter found that the public interest in transparency about the evidence supporting such claims outweighed the company's preference for secrecy.

This is what the First Amendment and common law right of access are supposed to look like in practice. The contrast with two other districts is striking. In the District of Columbia, Inner City Press opened a miscellaneous case, In re Sealed and Redacted Filings in United States v. Al-Marimi, 1:26-mc-00089 (D.D.C.), assigned to Judge Dabney Langhorne Friedrich. The case was filed June 4, 2026. The government's brief was due June 26. As of this writing, no order has issued, no acknowledgment has appeared on the docket, and no response to the access request has been forthcoming. In the District of Connecticut, Inner City Press filed a motion in United States v. Sakal, 3:25-cr-00222 (D. Conn.), before Judge Kari Anne Dooley, seeking access to sealed sentencing materials. The motion has been docketed, and proof of service is on file. Defendant Salim Sakal was sentenced on June 22, 2026. The sealed materials Inner City Press sought to access relate to proceedings that are now concluded. Still no action from Judge Dooley's chambers. Courts that take

7/7/26, 10:35 AM
Colorado, Inner City Press Intervene to Unseal DrugsUSA White DC and Connecticut If Silent | Inner City Press

Case 3:25-cr-00222-KAD    Document 56-4    Filed 07/08/26    Page 2 of 2

press access requests seriously — docketing them, referring them to the parties, scheduling hearings — are fulfilling their obligations under the First Amendment and the common law. Courts that allow such requests to go unacknowledged for weeks, particularly after underlying proceedings have concluded, are not.

Inner City Press will continue to monitor all four dockets and report on any developments.

*More on X for Subscribers [here](#) and Substack [here](#)*

Your support means a lot. As little as $5 a month helps keep us going and grants you access to exclusive bonus material on our Patreon page. Click here to become a patron.

Feedback: Editorial [at] innercitypress.com  •  Mail: Box 130222, Chinatown Station, NY NY 10013  •  Reporter's mobile (and weekends): 718-716-3540

Other, earlier Inner City Press articles are listed here, and some are available in the ProQuest service, and now on Lexis-Nexis.

Copyright 2006-2026 Inner City Press, Inc. To request reprint or other permission, e-contact Editorial [at] innercitypress.com

Inner City Press • @innercitypress • Patreon • Substack • Contact