UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:25CR222 (KAD) |
| | : | |
| v. | : | July 13, 2026 |
| | : | |
| SALIM SAKAL | : | |

## MOTION FOR RESTITUTION ORDER

The government hereby moves for entry of the attached proposed restitution order, with a Schedule A filed separately under seal. The government submitted the enclosed filings to counsel for the defendant on June 23, 2026, but has not received a response as to the defendant's position on the proposed order and schedule.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

  /s/ David T. Huang
DAVID T. HUANG
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct30434
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Fax: (203) 773-5378

1