UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

                                  :          CRIMINAL NO.: 3:25CR222 (KAD)

        v.                        :

                                  :

SALIM SAKAL                       :          July 30, 2026

## DEFENSE RESPONSE TO GOVERNMENT'S MOTION
## FOR RESTITUTION ORDER

I, Albert Y. Dayan, Counsel for the Defendant, Salim Sakal submit this Motion to Your

Honor in the referenced case.  Defense does not oppose the Government's proposed restitution

order.  Defense takes no position, except for the record previously made at the sentencing

hearing on how the Court deems appropriate to distribute the initial funds that are collected by

the Clerk of the Court from Mr. Salim Sakal.

We are respectfully asking Your Honor to not hold the hearing on this matter, in

consideration of Defendant's current position on the proposed restitution order and the Clerk of

the Court to receive the initial payment of $260,000: by certified funds on Monday, August 3,

2026.

Thank you Your Honor.

Respectfully submitted,

/s/ *Albert Y. Dayan*
Albert Y. Dayan, Esq.
Attorney at Law

cc.    AUSA David Huang