UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           :

                               :     CRIMINAL NO.: 3:25CR222 (KAD)

      v.           :

                               :

SALIM SAKAL           :     August 4, 2026

## NOTICE OF MOTION TO CANCEL HEARING

      I, Albert Y. Dayan, Counsel for the Defendant, Salim Sakal respectfully submit this Motion to Your Honor on the referenced case.

      Defense Counsel spoke with Mr. Salim Sakal and he does not object to the release of his financial information to the Reporter, except for Mr. Salim Sakal's Social Security number, account and routing numbers, personal telephone numbers, and third-party witness identifying information.

      Moreover, the Clerk's office should receive Mr. Sakal initial payment of $260,000: in the afternoon of Tuesday, August 4, 2026, by Federal Express, Tracking #875255442124:

      We hope that a hearing on this matter would not be necessary.

      Thank you Your Honor.

Respectfully submitted,

/s/ *Albert Y. Dayan*
Albert Y. Dayan, Esq.
Attorney at Law

cc.    AUSA David Huang