

# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd: **115** | Jurisdiction: **N.Y. POLICE DEPT** | ICAD#: | Record Status: **Final, Initial Arrests made** | Public Omni **NO** | Complaint #: **2019-115-000606** | No Other Legacy Blue Versions | Complaint Revisions: **View All Versions 0 1** |
|---|---|---|---|---|---|---|---|

**Occurrence Location: INSIDE OF 37-65 JUNCTION BOULEVARD**
**Name Of Premise: SHLOMIRAMOUN JEWELRY**
**Premises Type: JEWELRY**
**Location Within Premise:**
**Visible By Patrol?: NO**
**Location of Discovery:**

**NYC Parks Dept. Property**
**Did this offense occur on NYC Parks Dept. Property? NO**
**Command:**
**NYC Parks Dept. Property Name:**
**Lamppost:**

**Precinct: 115**
**Sector: D**
**Beat:**
**Post: 26**

**Occurrence From: 2019-01-23 19:30 WEDNESDAY**
**Occurrence thru: 2019-01-24    11:16**
**Reported: 2019-01-24    12:34**
**Complaint Received: RADIO**

**Aided #**
**Accident #**
**O.C.C.B. #**

**SEALED**                                                                 **SEALED**

**Classification: BURGLARY**
**Attempted/Completed: COMPLETED**
**Most Serious Offense Is: FELONY**
**PD Code: 213   BURGLARY,COMMERCIAL,NIGHT**
**PL Section: 14020**
**Keycode: 107   BURGLARY**

**Case Status: CLOSED**
**Unit Referred To:**
**Clearance Code: DETECTIVE ARREST**
**Log/Case #: 0**
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #: 7**
**Prints Requested? NO**

| Is This Related To Stop And Frisk Report **NO** | SQF Number: **0000-000-00000** | Was The Victim's Personal Information Taken Or Possessed? **NO** | Was The Victim's Personal Information Used To Commit A Crime? **NO** |
|---|---|---|---|
| Gang Related? **NO** | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? **NO** |
| DIR Required? **NO** | | Child in Common? **NO** | Intimate Relationship? **NO** | Officer Body Worn Camera: **NO** |

**SEALED**                                                                 **SEALED**

**If Burglary:**
**Forced Entry? YES**
**Structure: BLDG. COMMERCIAL**
**Entry Method: OTHER**
**Entry Location: ROOF**
**Transit Specific Location:**
**Trespass Affidavit:**
**Shoplifting:**

**Alarm:**
**Bypassed? NO**
**Comp Responded?: NO**
**Company Name/Phone:**
**- -**
**Crime Prevention Survey Requested?: YES**
**Complaint/Reporter Present?: NO**

**If Arson:**
**Structure:**
**Occupied?:**
**Damage by:**

**Taxi Robbery:**
**Partition Present: NO**
**Amber Stress Light Activated: NO**
**Method of Conveyance:**
**Location of Pickup:**

| Supervisor On Scene - Rank / Name / Command : **SGT KIM 115** | Canvas Conducted: **NO** | Translator(if used): |
|---|---|---|

**NARRATIVE:**
**AT T/P/O, REPORTER STATE UPON RETURNING TO HIS STORE AND OPENING HIS BUSINESSREPORTER NOTICED A LARGE HOLE IN THE ROOF OF THE ESTABLISHMENT. REPORTER FURTHER MORE STATES UNKNOWN PERP DID GAIN ENTRY THROUGH THE ROOF AND TOOK CHAINS, EARRINGS, WATCHES FROM THE GLASS DISPLAY CASES. REPORTER FURTHER MORE STATES THAT UNKNOWN PERP THEN BROKE SAFE AND TOOK MONEY, JEWELRY ITEMS, AND DIAMONDS WASTAKEN ALSO. UNK PERPS THEN TOOK ITEMS AND LEFT LOCATION THROUGH THE SAME POINTOF ENTRY. REPORTER WAS UNAVAILABLE TO PROVIDE INVENTORY LIST AT THIS TIME.APPROX VALUE PROVED BY REPORTER IS $100,000. DET ASCENCIO WAS ABLE TO OBTAIN VIDEO FOOTAGE OF UNKNOWN PERPS ENTERING AND LEAVING ROOF AND FLEEING IN UNK DIRECTION.**

**DET MARTINS OF MAJOR CASE NOTIFIED AND ON SCENE. SGT KIM, LT CALLAGY 115PATROL ON SCENE. CAPT CELIBA ON SCENE. CRIME SCENE NOTIFIED AND RESPONDING.**

**Version 1. SYSTEM GENERATED**

| SEALED | | SEALED |
|---|---|---|

**No NYC TRANSIT Data for Complaint # 2019-115-000606**

| SEALED | | SEALED |
|---|---|---|

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 1 | 0 |

## VICTIM: # 1 of 1

| Name: | Complaint#: |
|---|---|
| SHLOMI RAMOUN JEWELRY | 2019-115-000606 |

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| UMOS: | Name: |
| Sex/Type: BUSINESS/ORGANIZATION | Identifiers: |
| Race: UNKNOWN | |
| Age: 0 | |
| Date Of Birth: UNKNOWN | |
| Disabled? NO | |
| Is this person not Proficient in English?: | Will View Photo: YES |
| If Yes, Indicate Language: | Will Prosecute: YES |
| N.Y.C.H.A Resident? | Notified Of Crime Victim Comp. Law: NO |
| Is Victim fearful for their safety / life? | |
| Escalating violence / abuse by suspect? | |
| Were prior DIR's prepared for C/V? | |

| |
|---|
| Other MOS Agency: |
| Type of Officer Activity/Circumstances: |
| Officer Assignment Type: |
| Work Related: |
| Occupation: |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| BUSINESS | 37-65 JUNCTION BOULEVARD | QUEENS | NEW YORK | 11368 | |

**Phone #: HOME:** ▮ **CELL:** ▮ **BUSINESS:** 718-424-4599 **BEEPER:** Not Provided/Unavailable **E-MAIL:** Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: LOCKED STORE AND LEFT |
|---|---|
| Victim Of Similar Incident: YES | If Yes, When And Where BURGLARY MAY 2016 |

| SEALED | | SEALED |
|---|---|---|

## REPORTER: # 1 of 1

| Name: | Complaint #: |
|---|---|
| SAKAL,SALIM | 2019-115-000606 |

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| Sex/Type: MALE | Name: |
| Race: WHITE | Identifiers: |
| Age: 048 | |
| Date Of Birth: 01/01/1971 | |
| Is this person not Proficient in English?: NO | Relationship To Victim: EMPLOYER |
| If Yes, Indicate Language: | |

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 2095 EAST 7 STREET | BROOKLYN | NEW YORK | | |

**Phone #: HOME:** ▮ **CELL** ▮ **BUSINESS:** 718-424-4599 **BEEPER:** - - **E-MAIL:**

| SEALED | | SEALED |
|---|---|---|

| ARRESTS: | Complaint # 2019-115-000606 |
|---|---|

| Arrest ID | Status | Defendant Name | Se | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| Q19618635 | SEALED | SEALED | MALE | HISPANIC WHITE | SEALED | SEALED |

| SEALED | | SEALED |
|---|---|---|

**No IMEI Data for Complaint # 2019-115-000606**

SEALED SEALED

## NOTIFICATIONS / ADDITIONAL COPIES:

Complaint # **2019-115-000606**

**Notifications to:**

| Rank/Title | Name | Unit/Agency | Log # |
|---|---|---|---|
| SGT | KIM | 115 | |
| DET | ADDISON | PDU | |
| DET | ASCENCIO | PDU | |
| DET | DEOTTO | PDU | |
| DET | PONCA | PDU | |
| LT | CALLAGY | 115 | |
| CPT | CELIBA | 115 XO | |
| DET | MARTINS | MAJOR CASE | |
| INS | ORTIZ | 115 CO | |

SEALED SEALED

| | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| **Reporting/Investigating M.O.S. Name:**<br>**POM SINGH MANDIP** | | **115 PCT** | **NYPD** |
| **Supervisor Approving Name:**<br>**SGT KIM JUNG** | | **115 PCT** | **NYPD** |
| **Complaint Report Entered By:**<br>**POM JU** | | **115 PCT** | **NYPD** |
| **Signoff Supervisor Name:**<br>**SGT LUCIANO** | | **115 PCT** | **NYPD** |

SEALED SEALED

**END OF COMPLAINT REPORT**
**# 2019-115-000606**