

# New York City Police Department
## Omniform System - Complaints

| Report Cmd:
115 | Jurisdiction:
N.Y. POLICE DEPT | ICAD#: | Record Status:
Final, Initial Arrests made | Public Omni
NO | Complaint #:
2023-115-010739 | No Other Legacy Blue Versions | Complaint Revisions:
View All Versions 0 1 |

| Occurrence Location: **INSIDE OF 37-65 JUNCTION BOULEVARD** | NYC Parks Dept. Property | Precinct: **115** |
|---|---|---|
| Name Of Premise: **RAMOUN JEWELRY/DAVID STAR JEWE** | Did this offense occur on NYC Parks Dept. Property? **NO** | Sector: **D** |
| Premises Type: **JEWELRY** | Command: | Beat: |
| Location Within Premise: | NYC Parks Dept. Property Name: | Post: **26** |
| Visible By Patrol?: **NO** | | |

**Occurrence From: 2023-11-05 17:05 SUNDAY**

Occurrence thru: **2023-11-05    17:10**

Reported: **2023-11-05    17:30**

Complaint Received: RADIO

Aided # **000002889**

Accident #

O.C.C.B. #

| Classification: **ROBBERY** | Case Status: **CLOSED** |
|---|---|
| Attempted/Completed: **COMPLETED** | Unit Referred To: |
| Most Serious Offense Is: **FELONY** | Clearance Code: **DETECTIVE ARREST** |
| PD Code: **399   ROBBERY,UNCLASSIFIED,COMMERCIA** | Log/Case #: **0** |
| PL Section: **16015** | Clearance Arrest Id: |
| Keycode: **105   ROBBERY** | Clearance AO Cmd: |
| | File #: |
| | Prints Requested? **YES** |

## OFFENSES:

| Order | Offense Desc | Att/Cmplt | PDC Code | PDC Code Desc | PL Section | PL Description | Larceny Type | IBR# | Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 160 ROBBERY | COMPLETED | 397 | ROBBERY,UNCLASSIFIED,OPEN AREA | PL 160 15 02 | ROB-1ST:FORC THEFT/DEADLY WEAP | | 120 | Felony | | | NONE / UNKNOWN |

**Confirmed Shots Fired?**
**YES**

**Possible Hate Crime ?**
**NO**

| Is This Related To Stop And Frisk Report
NO | SQF Number:
0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed?
NO | Was The Victim's Personal Information Used To Commit A Crime?
NO |

| Gang Related?
NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected?
NO |

| DIR Required?
NO | Child in Common?
NO | Intimate Relationship?
NO | Officer Body Worn Camera:
YES |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | -- | | Location of Pickup: |
| | Crime Prevention Survey Requested?: | | |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command :
**SGT PETERS 115** | Canvas Conducted:
**YES** | Translator(if used): |

**NARRATIVE:**
**AT TPO REPORTER STATES ABOVE UNK PERPS DID ENTER ABOVE LOCATION AND DID DISPLAY A BLACK FIREARM. REPORTER FURTHER STATES ABOVE UNK PERPS THEN DID DISCHARGEAN UNK AMOUNT OF ROUNDS INSIDE LOCATION AND DID REMOVE AN UNK AMOUNT OF JEWELRYW/O PERMISSION OR AUTHORITY TO DO SO. PERPS FLED N/B ON JUNCTION BLVD ON A BLACK MOPED. TOTAL AMOUNT STOLEN UNK AT TIME OF REPORT. NO INJURIES SUSTAINED.CAMERAS ON SCENE. SGT PETERS 115 PS ON SCENE, DUTY CPT ALAM ON SCENE. DET**

ARCEO115 PDU NOTIFIED, MAJOR CASE SQD NOTIFIED.

Version 1. SYSTEM GENERATED

**No NYC TRANSIT Data for Complaint # 2023-115-010739**

| Total Victims: 2 | Total Witnesses: 1 | Total Reporters: 1 | Total Wanted: 2 |
|---|---|---|---|

## VICTIM: # 1 of 2

Name: **RAMOUN JEWELRY**  
Complaint#: **2023-115-010739**

| | |
|---|---|
| Nick/AKA/Maiden: | Suspected Gang Member: NO |
| UMOS: | Name: |
| Sex/Type: / BUSINESS | |
| Race: UNKNOWN | |
| Age: 0 | |
| Date Of Birth: UNKNOWN | Will View Photo: YES |
| Disabled? NO | Will Prosecute: YES |
| | Notified Of Crime Victim Comp. Law: YES |
| Is this person not Proficient in English?: | |
| If Yes, Indicate Language: | |
| N.Y.C.H.A Resident? | |
| Is Victim fearful for their safety / life? | |
| Escalating violence / abuse by suspect? | |
| Were prior DIR's prepared for C/V? | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| BUSINESS | 37-65 JUNCTION BOULEVARD | QUEENS | NEW YORK | | |

Phone #: HOME: Not Provided/Unavailable CELL: Not Provided/Unavailable BUSINESS:718-424-4559 BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Victim was: | Shot NO | Stabbed NO | Slashed NO |
|---|---|---|---|

Actions Of Victim Prior To Incident:  
**OPEN FOR BUSINESS**

| Victim Of Similar Incident: NO | If Yes, When And Where |
|---|---|

## VICTIM: # 2 of 2

Name: **SAKAL,SALIM**  
Complaint#: **2023-115-010739**

| | |
|---|---|
| Nick/AKA/Maiden: | Suspected Gang Member: NO |
| UMOS: NO | Name: |
| Sex/Type: MALE / INDIVIDUAL | |
| Race: WHITE | Will View Photo: YES |
| Age: 53 | Will Prosecute: YES |
| Date Of Birth: 01/01/1971 | Notified Of Crime Victim Comp. Law: YES |
| Disabled? NO | |
| Is this person not Proficient in English?: | Other MOS Agency: |
| If Yes, Indicate Language: | Type of Officer Activity/Circumstances: |
| N.Y.C.H.A Resident? NO | Officer Assignment Type: |
| Is Victim fearful for their safety / life? YES | Level of Injury: NOT INJURED |
| Escalating violence / abuse by suspect? NO | Type of Injury: NONE |
| Were prior DIR's prepared for C/V? NO | Medical Treatment: NOT APPLICABLE |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 2095 EAST 7 STREET | BROOKLYN | NEW YORK | | 1F |

Phone #: HOME: Not Provided/Unavailable CELL: ▓▓▓▓ BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Victim was: | Shot NO | Stabbed NO | Slashed NO |
|---|---|---|---|

Actions Of Victim Prior To Incident:  
**WORKING**

| Victim Of Similar Incident: NO | If Yes, When And Where |
|---|---|

## WITNESS : # 1 of 1

Name: ▓▓▓▓▓▓▓  
Complaint #: **2023-115-010739**

| Nick/AKA/Maiden: | Suspected Gang Member: NO |
|---|---|

| | |
|---|---|
| **Sex/Type:** FEMALE | **Name:** |
| **Race:** WHITE HISPANIC | |
| **Age:** 047 | |
| **Date Of Birth:** ▇▇ 1976 | **Relationship To Victim:** EMPLOYEE |
| **Is this person not Proficient in English?:** YES | |
| **If Yes, Indicate Language:** SPANISH | |

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| BUSINESS | | | NEW YORK | | |
| HOME-PERMANENT | 37-65 JUNCTION BOULEVARD | QUEENS | NEW YORK | | |

**Phone #: HOME: - - CELL:** ▇▇▇ **BUSINESS: - - BEEPER: - - E-MAIL:**

## REPORTER: # 1 of 1

| | |
|---|---|
| **Name:** SAKAL,SALIM | **Complaint #:** 2023-115-010739 |

| | |
|---|---|
| **Nick/AKA/Maiden:** | **Suspected Gang Member:** NO |
| **Sex/Type:** MALE | **Name:** |
| **Race:** WHITE | |
| **Age:** 053 | |
| **Date Of Birth:** 01/01/1971 | |
| **Is this person not Proficient in English?:** NO | **Relationship To Victim:** EMPLOYEE |
| **If Yes, Indicate Language:** | |

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 2095 EAST 7 STREET | BROOKLYN | NEW YORK | | 1F |

**Phone #: HOME: - - CELL:** ▇▇▇ **BUSINESS: - - BEEPER: - - E-MAIL:**

## WANTED: # 1 of 2

| | | |
|---|---|---|
| **Name:** UNKNOWN ONE, UNKNOWN ONE | **Complaint#:** 2023-115-010739 | **Arrested:** NO |

| | | |
|---|---|---|
| **Nick/AKA/Maiden:** | **Height:** FTIN | **Order Of Protection:** NO |
| **Sex:** UNKNOWN | **Weight:** 0 | **Issuing Court:** |
| **Race:** BLACK HISPANIC | **Eye Color:** | **Docket #:** |
| **Age:** 25 | **Hair Color:** | **Expiration Date:** |
| **Date Of Birth:** UNKNOWN | **Hair Length:** | **Order of Protection Violated?** |
| **U.S. Citizen:** | **Hair Style:** UNKNOWN | **Does Suspect abuse Drugs / Alcohol?** NO |
| **Place Of Birth:** | **Skin Tone:** MEDIUM | **Suspect threatened /attempted suicide?** NO |
| **Is this person not Proficient in English?:** | **Complexion:** UNKNOWN | **Is the suspect Parole / Probation?** NO |
| **If Yes, Indicate Language:** | **Offender Condition:** UNKNOWN | **Relation to Victim:** STRANGER |
| **Accent:** NO | **S.S. #:** 0 | **Living together:** NO |
| | | **Can be Identified:** YES |
| | | **Suspected Gang Member:** NO |
| | | **Name:** |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|

**Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:**

| | |
|---|---|
| **N.Y.C.H.A. Resident:** | **N.Y.C. Housing Employee:** **On Duty:** |
| **Development:** | **N.Y.C. Transit Employee:** |

### Weapons:

| #1 | | |
|---|---|---|
| **Physical Force/Weapon:** USED | **Firearm Recovered:** NO | **Serial Number Defaced:** |
| **Physical Force/Weapon Type:** GUN / FIREARM | **Discharged:** YES | **Serial Number:** |
| **Physical Force/Weapon Sub Type:** HANDGUN | **Make:** | |
| **Specific Physical Force/Weapon Type:** PISTOL , SEMI-AUTOMATIC | **Color:** BLACK | |
| **Other Weapon Description:** | **Caliber:** UNKNOWN | |

**Used Transit System:**
**Station Entered:**
**Time Entered:**
**Metro Card Type:**
**Metro Card Used/Poses:**
**Card #:**

| CRIME DATA | DETAILS |
|---|---|

ME  HOD OF FLIG  T        MOPED
MODUS OPERANDI           UNKNOWN
MODUS OPERANDI
ACTIONS TOWARD VICTIM FIRED SHOT
CLOTHING                 HEADGEAR  BASEBALL HAT  WHITE
CLOTHING                 ACCESSORIES -JEANS -BLACK
CLOTHING                 OUTERWEAR  WAIST LENGTH JACKET  BLACK
CLOTHING                 FOOTWEAR -SNEAKERS -WHITE
CHARACTERISTICS          UNKNOWN
BODY MARKS               -UNKNOWN
IMPERSONATION            UNKNOWN

| **WANTED: # 2 of 2** | **Name:** UNKNOWN TWO, UNKNOWN TWO | **Complaint#:** 2023-115-010739 | **Arrested:** NO |
|---|---|---|---|

| | |
|---|---|
| **Nick/AKA/Maiden:** | **Height:** FTIN |
| **Sex:** UNKNOWN | **Weight:** 0 |
| **Race:** BLACK HISPANIC | **Eye Color:** |
| **Age:** 25 | **Hair Color:** |
| **Date Of Birth:** UNKNOWN | **Hair Length:** |
| **U.S. Citizen:** | **Hair Style:** UNKNOWN |
| **Place Of Birth:** | **Skin Tone:** MEDIUM |
| **Is this person not Proficient in English?:** | **Complexion:** UNKNOWN |
| **If Yes, Indicate Language:** | **Offender Condition:** UNKNOWN |
| **Accent:** NO | **S.S. #:** 0 |

| |
|---|
| **Order Of Protection:** NO |
| **Issuing Court:** |
| **Docket #:** |
| **Expiration Date:** |
| **Order of Protection Violated?** |
| **Does Suspect abuse Drugs / Alcohol?** NO |
| **Suspect threatened /attempted suicide?** NO |
| **Is the suspect Parole / Probation?** NO |
| **Relation to Victim:** STRANGER |
| **Living together:** NO |
| **Can be Identified:** YES |

**Suspected Gang Member:** NO
**Name:**

LOCATION ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM HOW LONG? RES. PCT

**Phone #:** HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

**N.Y.C.H.A. Resident:**  **N.Y.C. Housing Employee:**  **On Duty:**
**Development:**  **N.Y.C. Transit Employee:**

**Weapons:**

| | | | |
|---|---|---|---|
| **# 1**  **Physical Force/Weapon:** USED | | **Firearm Recovered:** NO | **Serial Number Defaced:** |
| **Physical Force/Weapon Type:** GUN / FIREARM | | **Discharged:** YES | **Serial Number:** |
| **Physical Force/Weapon Sub Type:** HANDGUN | | **Make:** | |
| **Specific Physical Force/Weapon Type:** PISTOL , SEMI-AUTOMATIC | | **Color:** BLACK | |
| **Other Weapon Description:** | | **Caliber:** UNKNOWN | |

**Used Transit System:**
**Station Entered:**
**Time Entered:**
**Metro Card Type:**
**Metro Card Used/Poses:**
**Card #:**

CRIME  ATA              DETAILS
METHOD OF FLIGHT        MOPED
MODUS OPERANDI          UNKNOWN
ACTIONS TOWARD VICTIM FIRED SHOT
CLOTHING                OUTERWEAR  SWEAT SHIRT OR JOGGING JACKET  BLACK
CLOTHING                ACCESSORIES -SWEAT / JOGGING CLOTHES -BLACK
CLOTHING                FOOTWEAR  UNK  UNKNOWN COLOR
CLOTHING                HEADGEAR -OTHER -BLACK
CHARACTERISTICS         UNKNOWN
BODY MARKS              -UNKNOWN
IMPERSONATION           UNKNOWN

| **ARRESTS:** | **Complaint #** 2023-115-010739 |
|---|---|

| Ar est ID | Status | Defendant Name | Se | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| B24611771 | ACTIVE | PERAZA NAVAS, FRANCO | MALE | HISPANIC WHITE | 30 | 03/12/2024 |

K24617526 ACTIVE PERAZA NAVAS, FRANCO MALE HISPANIC WHITE  30 03/26/2024

| PROPERTY: | Complaint #2023-115-010739 | Lost/Stolen/Found:<br>STOLEN |
|---|---|---|

| Property Item | Property Involvement | Property Category | Type | Recovered | Owner Identification Num: | Qty | Description | Serial # | $ Value | $ Recovered |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | STOLEN | JEWELRY | JEWELRY NO | | NONE | 999. | JEWELRY UNK | | 9999. | 0. |

**TOTAL VALUES: STOLEN $ 9999. RECOVERED $ 0.**

| EVIDENCE: | | | | Complaint # 2023-115-010739 | |
|---|---|---|---|---|---|
| Evidence Collected?:<br>YES | Evidence Collection Team/Crime Scene Requested?:<br>YES | ECT Responded?:<br>NO | ECT Run#: | Crime Scene Responded?:<br>NO | Crime Scene Number:<br>2023  532 |

Evidence Invoice #

**No IMEI Data for Complaint # 2023-115-010739**

| SCRATCH COPY: | Complaint # 2023 115 010739 |
|---|---|
| 1 | Description<br>1699249848472_231106005018-5274356.pdf |
| _1699249848472_231106005018-5274356.pdf_ | |

| COMPLAINT ASSOCIATIONS: | Complaint # 2023-115-010739 |
|---|---|

| Victim | Perpetrator/Wanted | Relationship | Interaction | Offense | Weapon/Force | Weapon/Force Type | Weapon/Force Sub Type | Specific Weapon/Force Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| RAMOUN JEWELRY | UNKNOWN ONE, UNKNOWN ONE | STRANGER | Yes | PL 160 | USED | GUN / FIREARM | HANDGUN | PISTOL , SEMI AUTOMATIC | |
| SAKAL, SALIM | UNKNOWN ONE, UNKNOWN ONE | STRANGER | Yes | PL 160 | USED | GUN / FIREARM | HANDGUN | PISTOL , SEMI-AUTOMATIC | |
| RAMOUN JEWELRY | UNKNOWN TWO, UNKNOWN TWO | STRANGER | Yes | PL 160 | USED | GUN / FIREARM | HANDGUN | PISTOL , SEMI AUTOMATIC | |
| SAKAL, SALIM | UNKNOWN TWO, UNKNOWN TWO | STRANGER | Yes | PL 160 | USED | GUN / FIREARM | HANDGUN | PISTOL , SEMI-AUTOMATIC | |

| NOTIFICATIONS / ADDITIONAL COPIES: | Complaint # 2023 115 010739 |
|---|---|

Notifications to:

| Rank/Title | Name | Unit/Agency | Log # |
|---|---|---|---|
| DET | ARCEO | 115 PDU | |
| PO | SCIVETTI | ECT | |
| PO | VEGA | CSU | |
| SGT | PETERS | 115 PS | |
| CPT | ALAM | DUTY CPT | |
| SGT | DE LA CRUZ | MAJOR CASE SQD | |
| DI | DOWNING | 115 CO | |
| PO | OGUNDIRAN | OPS | |

| Reporting/Investigating M.O.S. Name:<br>PO GUERRERO AARON | Tax #: | Command:<br>115 PCT | Rep.Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving Name:<br>SGT URQUIOLA DANIEL | Tax #: | Command:<br>115 PCT | Rep.Agency:<br>NYPD |
| Complaint Report Entered By:<br>PO GUERRERO | Tax #: | Command:<br>115 PCT | Rep.Agency:<br>NYPD |
| Signoff Supervisor Name:<br>SGT URQUIOLA | Tax #: | Command:<br>115 PCT | Rep.Agency:<br>NYPD |

**END OF COMPLAINT REPORT**
**# 2023-115-010739**